Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**MARISSA HURTADO,** *individually and on behalf of all those similarly situated,*

Plaintiff,

vs.

**REVIVE CREDIT REPAIR LLC,**

Defendant.

Case No.: **8:26-cv-02872**

**CIVIL COVER SHEET AND REQUEST FOR CLERK TO ISSUE SUMMONS ON COMPLAINT**

**NOTICE OF STRIKING**

Plaintiff Marissa Hurtado hereby gives Notice of Striking Request for Civil Cover Sheet and Request for Clerk to Issue Summons on Complaint filed on September 30, 2026, as both documents were filed in error. [D.E 11]

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: September 30, 2026

Respectfully Submitted,

**/s/ Gerald D. Lane, Jr.**
**GERALD D. LANE, JR., ESQ.**
California Bar No: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*